IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 651 |
| v. | ) | Judge James B. Zagel |
| | ) | |
| DANIEL SPITZER, et.al. | ) | |

AMENDED NOTICE OF MOTION AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2012 at 10:15 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge James B. Zagel in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present

GOVERNMENT'S AGREED MOTION
TO ENTER AGREED PROTECTIVE ORDER

at which time and place you may appear if you see fit.

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the aforenamed document was served pursuant to the district court's ECF system as to ECF filers, on April 4, 2012.

    /s/    Madeleine Murphy
MADELEINE S. MURPHY
Assistant United States Attorney
219 South Dearborn Street - 5000
Chicago, Illinois 60604
(312) 886-2070