UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 10 CR 651-1 |
| | ) | Honorable James B. Zagel |
| Daniel SPITZER | ) | |
|     Defendant | ) | |

## AGREED MOTION TO MODIFY CONDITIONS OF BOND

Defendant Daniel SPITZER by his attorney Steven R. Shanin, respectfully moves this Court to modify the conditions of defendant's bond, and states as follows:

### Background

On August 30, 2010, Magistrate Brown set defendant's conditions of release. Said conditions included home detention and electronic monitoring.

To date, defendant SPITZER has complied with all conditions of his release.

### Requested Modification

Defendant SPITZER, respectfully requests that the conditions of release be modified as follows:

After consultation with and agreement of the Assistant United States Attorney and United States Pretrial Services Officer as to the following modifications, defendant SPITZER, respectfully requests the conditions of his Pretrial Release be modified as follows:

    1. That defendant SPITZER be allowed to be the "emergency backup driver" in the event his son needs transportation and defendant's wife is unavailable;

    2. That defendant SPITZER be allowed to attend synagogue for the High Holy Day

1

Services; and

3. That defendant SPITZER be allowed to attend hid son's Parent Teacher Conference; all to be under the direction and control of Pretrial Services.

WHEREFORE, defendant SPITZER, respectfully requests that the conditions of Pretrial Release be modified as above, all other provisions of defendant's prior bond orders to stand, said conditions to be at the direction of and under the control of Pretrial Services.

                Respectfully submitted,

                s/Steven R. Shanin
                Attorney for Daniel SPITZER

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

2