UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 10 CR 651-1 |
| | ) | Honorable James B. Zagel |
| Daniel SPITZER | ) | |
|     Defendant | ) | |

TO:    Madeleine Sullivan Murphy.esq.
         Assistant United States Attorney
         219 South Dearborn Street, 5th floor
         Chicago, Illinois 60604

## NOTICE OF MOTION and CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on Tuesday, August 14, 2012 at 10:15 a.m., we shall appear before the Honorable Judge James B. Zagel, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, to present the following attached motion:

## MOTION TO MODIFY CONDITIONS OF BOND

                                                Respectfully submitted,
                                                s/Steven R. Shanin

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

## CERTIFICATE OF SERVICE

Steven R. Shanin, an attorney, states that on Thursday, August 10, 2011 he caused a copy of the above Notice and Motion to be tendered to the United States Attorney's Office by electronic filing and will deposit a courtesy copy for Honorable Judge James B. Zagel as soon as possible thereafter, at United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604,
                                                  s/Steven R. Shanin