# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                                      Case No.: 1:10–cr–00651
                                                                                     Honorable James B. Zagel

Daniel Spitzer, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2012:

      MINUTE entry before the Honorable James B. Zagel:Motion to modify conditions of release [165] is granted as to Daniel Spitzer. The conditions of pretrial release are modified with the provisions as set forth in sub−paragraphs 1, 2 and 3 of defendant's agreed motion. All other provisions of defendant's prior bond orders to stand. Notice of motion hearing 8/14/2012 is stricken. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.