# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                           Case No.: 1:10–cr–00651

                                                            Honorable James B. Zagel

Daniel Spitzer, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 29, 2012:

      MINUTE entry before the Honorable James B. Zagel:As to Daniel Spitzer, Alfred Gerebizza, notice of motion hearing before Judge James B. Zagel on 10/30/2012 at 10:15 is stricken. Government's motion regarding the video link to the Rule 15 deposition of Isaac Legair hearing is reset for 10/30/2012 at 9:30 AM before the Honorable Charles P. Kocoras in courtroom 1719. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.