# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | Charles P. Kocoras |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 651 - 1&2 | **DATE** | 10/30/2012 |
| **CASE TITLE** | US vs. Daniel Spitzer (1) and Alfred Gerebizza (2) | | |

**DOCKET ENTRY TEXT**

As to defendants Daniel Spitzer (1) and Alfred Gerebizza (2): Motion hearing held on 10/30/2012 on Government's motion (Doc [179]) regarding the video link to the Rule 15 deposition of Isaac Legair. The Court is informed that defendant Gerebizza refused to appear for said motion. The Government's motion is entered and continued to 11/1/2012 at 9:30 a.m. before Judge Kocoras in Courtroom 1719. The U.S. Marshals Service is ordered to bring Alfred Gerebizza before Judge Kocoras on 11/1/2012 at 9:30 a.m. in Courtroom 1719, even if Mr. Gerebizza refuses to appear. The Clerk of Court is directed to transmit certified copies of this order to the U.S. Marshals Service.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SCT |
|---|---|---|