# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | Charles P. Kocoras |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 651 - 1 & 2 | **DATE** | 11/1/2012 |
| **CASE TITLE** | US vs. Daniel Spitzer (1) and Alfred Gerebizza (2) | | |

**DOCKET ENTRY TEXT**

As to defendants Daniel Spitzer (1) and Alfred Gerebizza (2): Motion hearing held on 11/1/2012. Government's motion (Doc [179]) regarding the video link to the Rule 15 deposition of Isaac Legair is granted. Defendant Gerebizza informed of his rights. Defendant Gerebizza declines to attend or participate in said video link to the Rule 15 deposition of Isaac Legair.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SCT |
|---|---|---|