## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                  Case No.: 1:10–cr–00651

                                                                              Honorable James B. Zagel

Daniel Spitzer, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2013:

      MINUTE entry before the Honorable James B. Zagel:Motion to modify conditions of release [185] is granted as to Daniel Spitzer. The conditions of pretrial release are modified as follows: The condition of electronic monitoring is removed and replaced by a curfew and schedule to be determined by and under the control of the United States Pretrial Services Officer. All other provisions of defendant's prior pretrial release to stand. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.