# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 651- 1 and 2 | **DATE** | 4/2/2013 |
| **CASE TITLE** | USA vs. Spitzer et al | | |

**DOCKET ENTRY TEXT**

As to Defendants Daniel Spitzer (1) and Alfred Gerebizza (2): The presence of both Defendants was waived. Status hearing held. Counsel are awaiting additional information. Status hearing set for 4/23/13 at 9:15 a.m. Pretrial conference set for 1/2/14 at 4:30 p.m. Trial set for 1/6/14 at 10:30 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 4/2/2013 to 4/23/2013. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | emp |
|---|---|---|