# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 651 - 1 & 2 | **DATE** | 4/23/2013 |
| **CASE TITLE** | USA vs. Spitzer et al | | |

**DOCKET ENTRY TEXT**

As to Defendants Daniel Spitzer (1) and Alfred Gerebizza (2): Status hearing held. Status hearing set for 5/30/13 at 9:15 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 4/23/13 to 5/30/13. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | emp |
|---|---|---|